UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| TERAH SPRAGUE CHADBROWN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 2:11-145-GZS |
| | ) | |
| JAMES REED COLES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 2, 2011, her Recommended Decision (Docket No. 63). Plaintiff filed her Objection to the Recommended Decision (Docket No. 66) on November 23, 2011. Defendant filed his Response to Plaintiff's Objection to the Recommended Decision (Docket No. 67) on December 9, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's complaint (Docket No. 1) is **DISMISSED** because the 42 U.S.C. § 1983 claims against Defendant fail to state a claim and Plaintiff has likewise failed to plead tenable 42 U.S.C. § 1981 and § 1985 conspiracy claims against Defendant.

        /s/George Z. Singal_____
        U.S. District Judge

Dated this 13th day of December, 2011.