UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **TERAH SPRAGUE CHADBROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   2:11-cv-00145-GZS |
| | ) | |
| **JAMES REED COLES,** | ) | |
| | ) | |
| **Defendant** | ) | |
| ---------------------------------------------------- | ) | |
| | ) | |
| **JAMES R. COLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No.   2:11-cv-00219-GZS |
| v. | ) | |
| | ) | |
| **SUDIE REID COLES, a/k/a** | ) | |
| **Terah Sprague Chadbrown,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 92 in 2:11-cv-00145) and (ECF No. 83 in 2:11-cv-00219) both filed November 6, 2012, the Recommended Decisions are **AFFIRMED**.

Accordingly, it is **ORDERED** that the motion for fees (ECF No. 89 in 2:11-cv-00145) is hereby **DENIED** and that the motion for fees (ECF No. 81 in 2:11-cv-00219) is hereby **GRANTED** in the reduced amount of $3,731.25.

     /s/ George Z. Singal
     United States District Judge

Dated this 4th day of December, 2012.